UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERVIN MIDDLETON JR., | Case No. 2:20-cv-00638-KJD-VCF |
| Plaintiff, | ORDER |
| v. | |
| NV ENERGY, *et al.*, | |
| Defendants. | |

Before the Court for consideration is the Report and Recommendation (#33) of Magistrate Judge Cam Ferenbach entered August 13, 2020, recommending that the Court grant Defendant's motion to sanction Plaintiff and that he be declared a vexatious litigant. The report and recommendation further recommend that Plaintiff be required to seek leave of the Court before filing any additional actions in the District of Nevada. Though the time for doing so has passed, Plaintiff has failed to file any objections to the Report and Recommendation.

The Court has conducted an extensive de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court reviewed the docket and orders in each of the eighteen (18) cases cited by the magistrate judge in his report and recommendation. The Court finds that Defendant is indeed a vexatious litigant whose filings must be reviewed by the Court before they are served. The Court determines that the Report and Recommendation (#33) of the United States Magistrate Judge entered August 13, 2020, should be **ADOPTED and AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#33) entered August 13, 2020, are **ADOPTED and AFFIRMED**;

IT IS FURTHER ORDERED that Defendant's Motion to Sanction Plaintiff (#25) is **GRANTED**;

1  IT IS FURTHER ORDERED that Plaintiff may only file new civil actions in the District
2  of Nevada after the complaint has been screened by the appropriate judicial authority.
3  Dated this __6th__ day of January, 2021.

_____
Kent J. Dawson
United States District Judge